SLEEPER v. THE FREE BAPTIST ASSOCIATION.

The service of a writ on a corporation, such as is described in Gen. St., c. 204, s. 12, should be made by copy, twenty-eight days before the sitting of the court to which it is returnable; and if made by summons, the action will be dismissed.

WRIT OF ATTACHMENT, in the common form, against the defendants, as a religious society, and a body politic and corporate, located at Franklin in Merrimack county.

The officer served the writ by attaching real estate, and giving a summons, duly endorsed, to the defendants' clerk, and another to their president. At the return term, the defendants moved to dismiss for want of legal service. The court denied the motion, and ruled that, if the service was insufficient, the action might be continued, and notice given by serving a copy of the writ on the defendants. The defendants excepted.

*E. B. S. Sanborn*, for the plaintiff.

*Barnard*, for the defendants.

BINGHAM, J. The defendants are a corporation located in the state. The statute required the writ to be served by an attested copy. Gen. St., c. 204, ss. 12, 14. A service made by summons is insufficient. *Bell* v. *Somerby*, 8 N. H. 64; *Foster* v. *Hadduck*, 6 N. H. 217; *Hayward* v. *Hartshorn*, 3 N. H. 198.

The writ should have been duly served on the defendants twenty-eight days before the court to which it was returnable. Gen. St., c. 204, s. 1.

The defendants could not be legally notified to answer to the action, as ruled at the trial term. *Jones* v. *Smith*, 3 N. H. 108; *Kendrick* v. *Kimball*, 33 N. H. 484; *Nelson* v. *Swett*, 4 N. H. 256; *Arnold* v. *Tourtellot*, 13 Pick. 172.

*Action dismissed.*

STANLEY, J., did not sit.